Sidney JACOBS, Plaintiff–Appellant,

v.

MANDALAY CORP., DBA Mandalay
Bay Resort and Casino,
Defendant–Appellee.

No. 09–15293.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 8, 2010.

Filed May 7, 2010.

Malik W. Ahmad, Esquire, Law Office of
Malik W. Ahmad, Leon Greenberg, Leon
Greenberg, Esq., Las Vegas, NV, for
Plaintiff–Appellant.

Elayna J. Youchah, Jackson Lewis LLP,
Las Vegas, NV, for Defendant–Appellee.

Before: HALL, NOONAN and
THOMAS, Circuit Judges.

ORDER

Appellant waives this appeal. It is
therefore **DISMISSED.** The parties shall
bear their own costs.

Sidney JACOBS, Plaintiff–Appellant,

v.

MANDALAY CORP., dba Mandalay
Bay Resort and Casino,
Defendant–Appellee.

No. 08–17765.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 8, 2010.

Filed May 7, 2010.